**SEALED**



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>OTTO GODINES-SALES,<br><br>    Defendant. | ORDER RE: REQUEST TO FILE COMPLAINT AND ARREST WARRANT UNDER SEAL<br><br>**UNDER SEAL**<br><br>2:13 - MJ - 0 0 5 6     KJN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, affidavit in support of the complaint, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: Feb 20, 2013

KENDALL J. NEWMAN
United States Magistrate Judge