HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
OTTO GODINEZ-SALES

FILED
JUL 02 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0088 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE SEALING OF DOCUMENTS** |
| OTTO GODINEZ-SALES, | Date: July 2, 2014 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Kimberley J. Mueller |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant Otto Godinez-Sales, that the confidential letter provided to the Court by undersigned defense counsel on Friday, June 27, 2014, and the government's forthcoming response thereto, should be filed with the Court under seal pursuant to Eastern District Local 141. The letters pertain to matters under investigation and implicate the privacy of the defendants and therefore should be sealed.

-1-

The parties ask the Court to accept this stipulation as a notice of request to seal documents and request to seal documents, pursuant to Local Rule 141, and ask the Court to order the two letters sealed.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: June 30, 2014           /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for OTTO GODINEZ-SALES

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: June 30, 2014           /s/ T. Zindel for M. Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

## ORDER

The letter submitted by counsel for Mr. Godinez on June 27, 2014, and the government's response to it are ordered sealed.

IT IS SO ORDERED.

Dated: July 2, 2014

                                        HON. KIMBERLY J. MUELLER
                                        United States District Judge